UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KALLEN E. DORSETT, JR. : | |
| : | |
| v. : | No. 5:12-cr-00401 |
| : | |
| UNITED STATES OF AMERICA : | |

**O R D E R**

**AND NOW**, this 11th day of December, 2020, upon consideration of Dorsett's motion and supplemental motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), *see* ECF Nos. 127 and 137; the Government's opposition thereto, *see* ECF Nos. 129-131; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

The motions for compassionate release, ECF Nos. 127 and 137, are **DISMISSED without prejudice** for failure to exhaust.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge