UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KALLEN E. DORSETT, JR. | : | |
| | : | |
| v. | : | No. 5:12-cr-00401 |
| | : | |
| UNITED STATES OF AMERICA | : | |

# O R D E R

**AND NOW**, this 9th day of May, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Opinion issued this date shall be filed under **SEAL**.

2. The motion for compassionate release, ECF No. 157, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge