UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | No. 5:12-cr-00401 |
| : | |
| KALLEN E. DORSETT, JR., : | |
| Defendant  : | |

## O R D E R

**AND NOW,** this 28th day of April, 2025, for the reasons set forth in the Opinion issued this date; **IT IS ORDERED THAT:**

1. The motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 170, is **DENIED**.

2. The motion to supplement the motion for compassionate release, ECF No. 174, is **GRANTED in part and DENIED in part** as follows: The motion is granted to the extent Dorsett seeks to supplement his arguments for compassionate release, but denied to the extent he requests compassionate release.

3. The Opinion issued this date, which discusses Dorsett's sealed sentence, is **SEALED**.

4. The Stay issued by Order dated April 15, 2024, ECF No. 173, is **LIFTED**.

5. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge